UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH A. STARLING,

      Plaintiff,

v.                                                                        Case No. 1:15-cv-827
                                                                          Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____/

## JUDGMENT

In accordance with the Opinion filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42

U.S.C. § 405(g), and the case is **REMANDED** to the Commissioner for further proceedings as

outlined in the Opinion.

      **IT IS SO ORDERED.**


Dated:  September 27, 2016                    /s/ Ray Kent
                                                                  RAY KENT
                                                                  United States Magistrate Judge